IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 23-70301-JAD |
| **Lee M. Hill,** | : | Chapter 13 |
| Debtor | : | |
| | : | Related to Document No. 10 |
| **Lee M. Hill,** | : | |
| Movant | : | |
| vs. | : | |
| **Ronda J. Winnecour** Esquire | : | |
| Chapter 13 Trustee, | : | |
| Respondent | : | |

## ORDER

**AND NOW**, on this 18th day of September, 2023, upon consideration of the Motion of the above reference Debtor(s), praying for an extension of time within which to Complete the Bankruptcy Filing, and it appearing from the Motion that good cause exists for granting the relief prayed. It is hereby:

**ORDERED, ADJUDGED and DECREED** that the time for the Debtor(s) to file his Chapter 13 Petition, Chapter 13 Plan, Schedules, and Pay Advices be hereby extended to and including September 29, 2023.

FILED
9/18/23 9:23 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_____
Hon. Jeffery A. Deller  jah
United States Bankruptcy Judge

Case Administrator to serve Debtor, Counsel for Debtor

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-70301-JAD |
| Lee M. Hill | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 1 |
| Date Rcvd: Sep 18, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Lee M. Hill, 874 Forest Hills Drive, Sidman, PA 15955-4935 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor AmeriSave Mortgage Corporation bnicholas@kmllawgroup.com |
| Lawrence W. Willis | on behalf of Debtor Lee M. Hill ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4