# United States Bankruptcy Court
## Western District of Pennsylvania

In re   **Lee M Hill** _____

_____ Debtor(s)

Case No.   **23-70301** _____

Chapter   **13** _____

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **Lee M Hill** , declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐   I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐   I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☑   I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date  **September 28, 2023** _____

Signature   **/s/ Lee M Hill** _____
**Lee M Hill**
Debtor

## Adams Township

**Employee Name:** LEE M HILL

**Pay Period:** 7/30/2023 to 8/12/2023

**Check Date:** 16-Aug-23    **Check Number:** 27831    **Check Amt:** $1,742.78

| Description | Rate | Hrs | Income$ | Y-T-D |
|---|---|---|---|---|
| Holiday - Police | $26.46 | 0.00 | $0.00 | $1,266.08 |
| Regular Time | $26.46 | 40.00 | $1,058.40 | $28,077.75 |
| Sick Leave | $26.46 | 40.00 | $1,058.40 | $6,985.44 |
| Police Vacation | $26.46 | 0.00 | $0.00 | $207.68 |
| Overtime | $39.69 | 0.00 | $0.00 | $8,818.87 |
| Totals | | | $2,116.80 | $45,355.82 |

| Description | Deduct$ | Y-T-D |
|---|---|---|
| Employee Fund | $0.00 | $24.00 |
| Federal Withholding | $66.24 | $2,175.53 |
| Social Security | $131.24 | $2,812.07 |
| Local Services Tax | $0.00 | $52.00 |
| Adams Township 1% | $21.17 | $453.58 |
| Medicare W/H | $30.69 | $657.65 |
| PAUC-Employee | $1.48 | $31.75 |
| Police Union Dues | $0.00 | $484.00 |
| Police Pension | $58.21 | $1,247.28 |
| State W/H | $64.99 | $1,392.45 |
| Totals | $374.02 | $9,330.31 |

| Description | Used | Available |
|---|---|---|
| Birthday Leave | 0 | 8.000 |
| Compensation Tim | 0 | 0.000 |
| Holiday - Police | 40 | 40.000 |
| Police Personal Da | 0 | 32.000 |
| Sick Leave | 264 | 336.000 |
| Police Vacation Lea | 8 | 80.000 |

### Township Contributions

| Description | Contribution$ | Y-T-D |
|---|---|---|
| Contribution to FIC | $131.24 | $2,812.07 |
| Contribution to Medi | $30.69 | $657.65 |
| Contribution to PAU | $0.00 | $385.00 |
| Totals | $161.93 | $3,854.72 |

## Adams Township

**Employee Name**
LEE M HILL

**Pay Period**
7/16/2023 to 7/29/2023

**Check Date** 02-Aug-23

**Check Number** 27811

**Check Amt** $1,681.78

| Description | Rate | Hrs | Income$ | Y-T-D |
|---|---|---|---|---|
| Holiday - Police | $26.46 | 0.00 | $0.00 | $1,266.08 |
| Regular Time | $26.46 | 0.00 | $0.00 | $27,019.35 |
| Sick Leave | $26.46 | 80.00 | $2,116.80 | $5,927.04 |
| Police Vacation | $26.46 | 0.00 | $0.00 | $207.68 |
| Overtime | $39.69 | 0.00 | $0.00 | $8,818.87 |
| Totals | | | $2,116.80 | $43,239.02 |

| Description | Deduct$ | Y-T-D |
|---|---|---|
| Employee Fund | $0.00 | $24.00 |
| Federal Withholding | $66.24 | $2,109.29 |
| Social Security | $131.24 | $2,680.83 |
| Local Services Tax | $0.00 | $52.00 |
| Adams Township 1% | $21.17 | $432.41 |
| Medicare W/H | $30.69 | $626.96 |
| PAUC-Employee | $1.48 | $30.27 |
| Police Union Dues | $61.00 | $484.00 |
| Police Pension | $58.21 | $1,189.07 |
| State W/H | $64.99 | $1,327.46 |
| Totals | $435.02 | $8,956.29 |

| Description | Used | Available |
|---|---|---|
| Birthday Leave | 0 | 8.000 |
| Compensation Tim | 0 | 0.000 |
| Holiday - Police | 40 | 40.000 |
| Police Personal Da | 0 | 32.000 |
| Sick Leave | 224 | 376.000 |
| Police Vacation Lea | 8 | 80.000 |

### Township Contributions

| Description | Contribution$ | Y-T-D |
|---|---|---|
| Contribution to FIC | $131.24 | $2,680.83 |
| Contribution to Medi | $30.69 | $626.96 |
| Contribution to PAU | $0.00 | $385.00 |
| Totals | $161.93 | $3,692.79 |

# Adams Township

| Employee Name | Pay Period | Check Date | Check Number | Check Amt |
|---|---|---|---|---|
| LEE, Mills | 7/23/2023 - 8/5/2023 | 8/11/2023 | 2765 | $1,742.78 |

| Description | Rate | Hrs | Income$ | Y-T-D |
|---|---|---|---|---|
| Holiday - Police | $26.46 | 8.00 | $211.68 | $1,266.08 |
| Regular Time | $26.46 | 0.00 | $0.00 | $27,019.35 |
| Sick Leave | $26.46 | 72.00 | $1,905.12 | $3,810.24 |
| Police Vacation | $26.46 | 0.00 | $0.00 | $207.68 |
| Overtime | $39.69 | 0.00 | $0.00 | $8,818.87 |
| Totals | | | $2,116.80 | $41,122.22 |

| Description | Deducts$ | Y-T-D |
|---|---|---|
| Employee Fund | $0.00 | $24.00 |
| Federal Withholding | $66.24 | $2,043.05 |
| Social Security | $131.24 | $2,549.59 |
| Local Services Tax | $0.00 | $52.00 |
| Adams Township 1% | $21.17 | $411.24 |
| Medicare W/H | $30.69 | $596.27 |
| PAUC-Employee | $1.48 | $28.79 |
| Police Union Dues | $0.00 | $423.00 |
| Police Pension | $58.21 | $1,130.86 |
| State W/H | $64.99 | $1,262.47 |
| Totals | $374.02 | $8,521.27 |

| Description | Used | Available |
|---|---|---|
| Birthday Leave | 0 | 8.000 |
| Compensation Tim | 0 | 0.000 |
| Holiday - Police | 40 | 40.000 |
| Police Personal Da | 0 | 32.000 |
| Sick Leave | 144 | 456.000 |
| Police Vacation Lea | 8 | 80.000 |

## Township Contributions

| Description | Contribution$ | Y-T-D |
|---|---|---|
| Contribution to FIC | $131.24 | $2,549.59 |
| Contribution to Medi | $30.69 | $596.27 |
| Contribution to PAU | $0.00 | $385.00 |
| Totals | $161.93 | $3,530.86 |

# Adams Township

| Employee Name | | | Pay Period | Check Date | Check Number | Check Amt |
|---|---|---|---|---|---|---|
| LEE D GILL | | | | | | $1,681.78 |

| Description | Rate | Hrs | Income$ | Y-T-D |
|---|---|---|---|---|
| Holiday - Police | $26.46 | 0.00 | $0.00 | $1,054.40 |
| Regular Time | $26.46 | 24.00 | $635.04 | $27,019.35 |
| Sick Leave | $26.46 | 56.00 | $1,481.76 | $1,905.12 |
| Police Vacation | $26.46 | 0.00 | $0.00 | $207.68 |
| Overtime | $39.69 | 0.00 | $0.00 | $8,818.87 |
| Totals | | | $2,116.80 | $39,005.42 |

| Description | Deduct$ | Y-T-D |
|---|---|---|
| Employee Fund | $0.00 | $24.00 |
| Federal Withholding | $66.24 | $1,976.81 |
| Social Security | $131.24 | $2,418.35 |
| Local Services Tax | $0.00 | $52.00 |
| Adams Township 1% | $21.17 | $390.07 |
| Medicare W/H | $30.69 | $565.58 |
| PAUC-Employee | $1.48 | $27.31 |
| Police Union Dues | $61.00 | $423.00 |
| Police Pension | $58.21 | $1,072.65 |
| State W/H | $64.99 | $1,197.48 |
| Totals | $435.02 | $8,147.25 |

| Description | Used | Available |
|---|---|---|
| Birthday Leave | 0 | 8.000 |
| Compensation Tim | 0 | 0.000 |
| Holiday - Police | 32 | 48.000 |
| Police Personal Da | 0 | 32.000 |
| Sick Leave | 72 | 528.000 |
| Police Vacation Lea | 8 | 80.000 |

## Township Contributions

| Description | Contribution$ | Y-T-D |
|---|---|---|
| Contribution to FIC | $131.24 | $2,418.35 |
| Contribution to Medi | $30.69 | $565.58 |
| Contribution to PAU | $0.00 | $385.00 |
| Totals | $161.93 | $3,368.93 |