**UNITED STATES BANKRUPTCY COURT**

Western District of Pennsylvania

In re: Lee M Hill                                                              Case # 23-70301

Claim # 11

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM**

    PLEASE TAKE NOTICE THAT, pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure, Midland Credit Management, Inc. as agent for Midland Funding hereby withdraws Proof of Claim number 11 dated October 20, 2023.

Dated: October 20, 2023

/s/ Jovanka Hujdurovic
Lead Bankruptcy Specialist
Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090
Phone: 877-495-2902
Fax: 866-818-1718
Email: bankruptcydm@mcmcg.com