WWR # 041293157

## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Lee M. Hill | ) | Bankruptcy No. 23-70301-JAD |
| Debtor, | ) | |
| | ) | Chapter 13 |
| Ford Motor Credit Company, LLC | ) | |
| | ) | |
| Creditor, | ) | |
| v. | ) | |
| | ) | |
| Lee M. Hill, Debtor | ) | |
| Ronda J. Winnecour, Trustee | ) | |
| | ) | |
| Respondents. | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Now comes Weltman, Weinberg and Reis Co., L.P.A., and hereby enters its appearance as Attorney for

Creditor. Copies of all further communications, pleadings, court notices, and other papers should be served on said

Attorney as Attorney of Record for the Creditor Ford Motor Credit Company, LLC.

Please send all further communications, pleadings, court notices, and other documents intended for Ford

Motor Credit Company, LLC to undersigned counsel.


Executed on October 23, 2023                     WELTMAN, WEINBERG & REIS, CO., L.P.A.


/s/Garry Masterson
Garry Masterson (Bar No. CA 297208)
Weltman, Weinberg & Reis Co., L.P.A.
Attorney for Creditor
965 Keynote Circle
Cleveland, OH 44131
216-672-6984
gmasterson@weltman.com