**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

LEE M. HILL,

        Debtor.

Case No. 23-70301-JAD

Chapter 13

Related to Docs. #16, 27 and 29

**STIPULATED ORDER MODIFYING PLAN**

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]:*

❑    a motion to dismiss case or certificate of default requesting dismissal

☒    a plan modification sought by agreement by and between Capital One Auto Finance, a division of Capital One, N.A. ("COAF") and the Debtor, Lee M. Hill;

❑    a motion to lift stay
as to creditor  _____

❑    Other:  _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒    Chapter 13 Plan dated September 28, 2023 [Doc. No. 16], and confirmed on a final basis by Order dated November 17, 2023 [Doc. No. 27]

❑    Amended Chapter 13 Plan dated _____

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒ Debtor's Plan payments shall be changed from $1,922.00 to $2,043.00 per month, effective December 2023.

❏ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments.  If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

❏ Debtor(s) shall file and serve _____ on or before _____.

❏ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

❏ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒ Other:  Claim No. 6 of COAF shall govern as to amount, with an allowed secured claim in the amount of $14,624.29, to be paid at the agreed upon interest rate of 9.5%. If the Debtor files an amended chapter 13 plan, any subsequent chapter 13 plan shall incorporate such treatment of COAF's Claim. COAF shall retain its lien on the Vehicle until the Debtor's chapter 13 plan has been fully completed or until COAF has been paid the full amount to which it is entitled under applicable non-bankruptcy law, whichever occurs earlier. Upon payment in accordance with these terms and successful completion of the chapter 13 plan by the Debtor, COAF shall release its lien on the Vehicle.

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days

hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

**SO ORDERED**, this __7th__ day of __December__, 2023

Dated: _____12/7/2023_____

_____ sjk
United States Bankruptcy Judge
Jeffery A. Deller

Stipulated by:

*/s/ Lawrence Willis*
Counsel to Debtor

Stipulated by:

*/s/ James C. Warmbrodt*
Counsel to Chapter 13 Trustee

Stipulated by:

*/s/ Maribeth Thomas*
Counsel to Capital One Auto Finance, a division of Capital One, N.A.

FILED
12/7/23 12:37 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

cc: All Parties in Interest to be served by Clerk

United States Bankruptcy Court

Western District of Pennsylvania

In re: | Case No. 23-70301-JAD
Lee M. Hill | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: auto     Page 1 of 4
Date Rcvd: Dec 07, 2023     Form ID: pdf900     Total Noticed: 47

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lee M. Hill, 874 Forest Hills Drive, Sidman, PA 15955-4935 |
| 15634553 | + | Conemaugh Memorial Medical Center, 1086 Franklin Street, Johnstown, PA 15905-4305 |
| 15642986 | + | Eastern Revenue Inc, Po Box 777, Horsham, PA 19044-0777 |
| 15634558 | + | Indiana Regional Medical Center, 835 Hospital Rd, Indiana, PA 15701-3629 |
| 15643006 | + | Windber Care, PO Box 384, Windber, PA 15963-0384 |
| 15643007 | + | Windber Medical, 600 Somerset Avenue, Windber, PA 15963-1397 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 07 2023 23:52:37 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: BKRMailOps@weltman.com | Dec 07 2023 23:49:00 | Ford Motor Credit Company, LLC, c/o Weltman, Weinberg & Reis, Co., L.P.A, 965 Keynote Circle, Cleveland, OH 44131-1829 |
| 15650230 | | Email/PDF: bncnotices@becket-lee.com | Dec 08 2023 00:03:24 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15634549 | + | Email/PDF: bncnotices@becket-lee.com | Dec 08 2023 00:03:24 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15634550 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 07 2023 23:53:03 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15634551 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Dec 08 2023 00:03:15 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 15641310 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 07 2023 23:53:05 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 15648339 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 07 2023 23:52:37 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15634552 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 07 2023 23:52:37 | Capital One/Walmart, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15642982 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 07 2023 23:52:37 | Carson Smithfield, PO Box 9216, Old Bethpage, NY 11804-9016 |
| 15634554 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 08 2023 00:03:15 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 15634555 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Dec 07 2023 23:49:00 | Dovenmuehle Mortgage, Inc., Attn: Bankruptcy, 1 Corporate Dr. St 360, Lake Zurich, IL 60047 |
| 15656839 | | Email/Text: BKCourtNotices@yourmortgageonline.com | | |

| District/off: 0315-7 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 07, 2023 | Form ID: pdf900 | Total Noticed: 47 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Dec 07 2023 23:49:00 | AmeriSave Mortgage Corporation, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 15653219 | | Email/Text: EBNBKNOT@ford.com | Dec 07 2023 23:49:00 | Ford Motor Credit Company, LLC, c/o Weltman, Weinberg & Reis Co LPA, P.O. Box 62180, Colorado Springs, CO 80962 |
| 15634556 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Dec 07 2023 23:52:37 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15642988 | + | Email/Text: argbsref@geico.com | Dec 07 2023 23:49:00 | Geico, One GEICO Plaza,, Washington, DC 20076-0005 |
| 15634557 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Dec 07 2023 23:49:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 15657018 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 07 2023 23:49:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 15634559 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 07 2023 23:49:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 16 Mcleland Road, Saint Cloud, MN 56303 |
| 15634560 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 07 2023 23:49:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15635852 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 07 2023 23:52:39 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15634561 | ^ | MEBN | Dec 07 2023 23:47:04 | LendingPoint LLC., Attn: Bankruptcy, 1201 Roberts Blvd Suite 200, Kennesaw, GA 30144-3612 |
| 15634562 | + | Email/Text: EBNBKNOT@ford.com | Dec 07 2023 23:49:00 | Lincoln Automotive Fin, Attn: Bankrutcy, Po Box 54200, Omaha, NE 68154-8000 |
| 15634563 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 08 2023 00:03:20 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15640309 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 07 2023 23:53:06 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15634565 | | Email/Text: ml-ebn@missionlane.com | Dec 07 2023 23:49:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 15634564 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 08 2023 00:03:24 | Merrick Bank/CCHoldings, Attn: Bankruptcy, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 15648758 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 07 2023 23:49:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15634566 | + | Email/Text: electronicbkydocs@nelnet.net | Dec 07 2023 23:49:00 | Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 15657026 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 07 2023 23:53:06 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 15657060 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 07 2023 23:53:06 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15634567 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Dec 07 2023 23:49:00 | Penelec, PO Box 3687, Akron, OH 44309-3687 |
| 15638861 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Dec 07 2023 23:49:00 | Pennsylvania Electric Company, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 15643000 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 08 2023 00:03:20 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 15657057 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 07 2023 23:49:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 15643001 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 08 2023 00:03:15 | Resurgent Capital Services, PO Box 19034, Greenville, SC 29602-9034 |

Case 23-70301-JAD  Doc 31  Filed 12/09/23  Entered 12/10/23 00:22:20  Desc Imaged
Certificate of Notice  Page 6 of 7

| District/off: 0315-7 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 07, 2023 | Form ID: pdf900 | Total Noticed: 47 |

| | | | | |
|---|---|---|---|---|
| 15634568 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 08 2023 00:03:24 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15634569 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 08 2023 00:03:19 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15634570 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 08 2023 00:03:15 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15643005 | + | Email/Text: bankruptcydepartment@tsico.com | Dec 07 2023 23:49:00 | Transworld Systems Inc, Po Box 15618, Wilmington, DE 19850-5618 |
| 15644493 | + | Email/Text: electronicbkydocs@nelnet.net | Dec 07 2023 23:49:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |

TOTAL: 41

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | AmeriSave Mortgage Corporation |
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Midland Credit Management, Inc., PO Box 2037, WARREN, MI 48090-2037 |
| 15642978 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15642979 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15642980 | *+ | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 15642981 | *+ | Capital One/Walmart, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15642983 | *+ | Conemaugh Memorial Medical Center, 1086 Franklin Street, Johnstown, PA 15905-4305 |
| 15642984 | *+ | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 15642985 | *P++ | DOVENMUEHLE MORTGAGE, 1 CORPORATE DRIVE SUITE 360, LAKE ZURICH IL 60047-8945, address filed with court:, Dovenmuehle Mortgage, Inc., Attn: Bankruptcy, 1 Corporate Dr. St 360, Lake Zurich, IL 60047 |
| 15642987 | *+ | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15642989 | *+ | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 15642990 | *+ | Indiana Regional Medical Center, 835 Hospital Rd, Indiana, PA 15701-3629 |
| 15642991 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, LLC, Attn: Bankruptcy, 16 Mceland Road, Saint Cloud, MN 56303 |
| 15642992 | *+ | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15642993 | *+ | LendingPoint LLC., Attn: Bankruptcy, 1201 Roberts Blvd Suite 200, Kennesaw, GA 30144-3612 |
| 15642994 | *+ | Lincoln Automotive Fin, Attn: Bankrutcy, Po Box 54200, Omaha, NE 68154-8000 |
| 15642995 | *+ | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15642997 | *P++ | MISSION LANE LLC, PO BOX 105286, ATLANTA GA 30348-5286, address filed with court:, Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 15642996 | *+ | Merrick Bank/CCHoldings, Attn: Bankruptcy, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 15642998 | *+ | Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 15642999 | *+ | Penelec, PO Box 3687, Akron, OH 44309-3687 |
| 15643002 | *+ | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15643003 | *+ | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15643004 | *+ | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 1 Undeliverable, 24 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 4 of 4 |
| Date Rcvd: Dec 07, 2023 | Form ID: pdf900 | Total Noticed: 47 |

Date: Dec 09, 2023          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2023 at the address(es) listed below:**

**Name**     **Email Address**

Brian Nicholas
on behalf of Creditor AmeriSave Mortgage Corporation bnicholas@kmllawgroup.com

Garry Alan Masterson
on behalf of Creditor Ford Motor Credit Company  LLC pitecf@weltman.com, gmasterson@weltman.com

Lawrence W. Willis
on behalf of Debtor Lee M. Hill ecf@westernpabankruptcy.com  urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Maribeth Thomas
on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. mthomas@tuckerlaw.com, maribeth.thomas@gmail.com

Maribeth Thomas
on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A., c/o AIS Portfolio Services, LLC mthomas@tuckerlaw.com, maribeth.thomas@gmail.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 7