**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> LEE M HILL <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Movant <br> vs. <br> No Respondents. | Case No.:23-70301 JAD <br><br> Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 09/05/2023 and confirmed on 11/17/2023. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 16,997.50 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 16,997.50 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 716.66 | |
|   Trustee Fee | 1,019.85 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,736.51 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   AMERISAVE MORTGAGE CORP <br>     Acct: 2181 | 0.00 | 5,996.24 | 0.00 | 5,996.24 |
|   AMERISAVE MORTGAGE CORP <br>     Acct: 2181 | 1,874.09 | 0.00 | 0.00 | 0.00 |
|   CAPITAL ONE AUTO FINANCE - DIV CAPIT <br>     Acct: 9848 | 14,624.29 | 1,091.09 | 1,693.07 | 2,784.16 |
|   FORD MOTOR CREDIT COMPANY LLC(*) <br>     Acct: 6031 | 36,041.83 | 3,267.19 | 3,213.40 | 6,480.59 |
| | | | | 15,260.99 |
| **Priority** | | | | |
|   LAWRENCE W WILLIS ESQ <br>     Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   LEE M HILL <br>     Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   WILLIS & ASSOCIATES <br>     Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   LAWRENCE W WILLIS ESQ <br>     Acct: | 4,100.00 | 716.66 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| AMERICAN EXPRESS NATIONAL BANK | 909.26 | 0.00 | 0.00 | 0.00 |
| Acct: 1000 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 789.74 | 0.00 | 0.00 | 0.00 |
| Acct: 9973 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 453.71 | 0.00 | 0.00 | 0.00 |
| Acct: 6056 | | | | |
| CARSON SMITHFIELD LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CONEMAUGH MEMORIAL MED CNTR | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LVNV FUNDING LLC | 1,685.97 | 0.00 | 0.00 | 0.00 |
| Acct: 1735 | | | | |
| EASTERN REVENUE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8273 | | | | |
| PREMIER BANKCARD LLC; JEFFERSON C | 1,603.18 | 0.00 | 0.00 | 0.00 |
| Acct: 7439 | | | | |
| PREMIER BANKCARD LLC; JEFFERSON C | 1,504.31 | 0.00 | 0.00 | 0.00 |
| Acct: 3384 | | | | |
| GEICO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GOLDMAN SACHS BANK USA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9996 | | | | |
| INDIANA REGIONAL MEDICAL CNTR | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 934.89 | 0.00 | 0.00 | 0.00 |
| Acct: 1819 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 769.47 | 0.00 | 0.00 | 0.00 |
| Acct: 4291 | | | | |
| KOHLS DEPARTMENT STORE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4256 | | | | |
| LENDING POINT LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5678 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 2,140.20 | 0.00 | 0.00 | 0.00 |
| Acct: 6163 | | | | |
| MERRICK BANK | 1,821.11 | 0.00 | 0.00 | 0.00 |
| Acct: 7795 | | | | |
| MISSION LANE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9656 | | | | |
| US DEPARTMENT OF EDUCATION | 34,696.95 | 0.00 | 0.00 | 0.00 |
| Acct: 6083 | | | | |
| PENELEC/FIRST ENERGY** | 1,057.87 | 0.00 | 0.00 | 0.00 |
| Acct: 6298 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 5,148.77 | 0.00 | 0.00 | 0.00 |
| Acct: 5324 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 1,427.33 | 0.00 | 0.00 | 0.00 |
| Acct: 0239 | | | | |
| LVNV FUNDING LLC | 638.47 | 0.00 | 0.00 | 0.00 |
| Acct: 9046 | | | | |
| LVNV FUNDING LLC | 1,442.93 | 0.00 | 0.00 | 0.00 |
| Acct: 1244 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 1,150.83 | 0.00 | 0.00 | 0.00 |
| Acct: 5433 | | | | |
| TRANSWORLD SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WINDBER CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WINDBER CARE | 0.00 | 0.00 | 0.00 | 0.00 |

| 23-70301 JAD | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 3 of 3 |
|---|---|---|---|---|---|
| Creditor Type  Creditor Name | | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| | Acct: | | | | |
| | MIDLAND CREDIT MANAGEMENT INC | 3,626.91 | 0.00 | 0.00 | 0.00 |
| | Acct: 0435 | | | | |
| | MIDLAND CREDIT MANAGEMENT INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0740 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 5,230.87 | 0.00 | 0.00 | 0.00 |
| | Acct: 3545 | | | | |
| | AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | TUCKER ARENSBERG PC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | WELTMAN WEINBERG & REIS CO LPA** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

\* \* \* N O N E \* \* \*

| TOTAL PAID TO CREDITORS | | 15,260.99 |
|---|---|---|
| TOTAL CLAIMED | | |
| PRIORITY | 0.00 | |
| SECURED | 52,540.21 | |
| UNSECURED | 67.032.77 | |

| Date: 12/06/2024 | /s/ Ronda J. Winnecour |
|---|---|
| | RONDA J WINNECOUR PA ID #30399 |
| | CHAPTER 13 TRUSTEE WD PA |
| | 600 GRANT STREET |
| | SUITE 3250 US STEEL TWR |
| | PITTSBURGH, PA  15219 |
| | (412) 471-5566 |
| | cmecf@chapter13trusteewdpa.com |